**Order entered September 29, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00530-CV**

### IN THE INTEREST OF I.F., E.F. AND F.F., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21932**

### ORDER

Before the Court is appellee's September 27, 2022 second motion for an extension of time to file her brief and appellant's response opposing the motion. We **GRANT** the motion and extend the time to **November 3, 2022**. We caution appellee that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE